**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC H., | Case No. 2:25-cv-02676-SPG-MAA |
| Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 23). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

(1)    The Report and Recommendation of United States Magistrate Judge is accepted; and

///

///

///

(2)    Judgment shall be entered affirming the final decision of the Commissioner and dismissing this matter with prejudice.

**IT IS SO ORDERED.**

DATED: <u>March 20, 2026</u>

<u>HONORABLE SHERILYN PEACE GARNETT</u>
UNITED STATES DISTRICT JUDGE