JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIC H.,

                Plaintiff,

     v.

FRANK BISIGNANO, Commissioner of Social Security,

                Respondent.

Case No. 2:25-cv-02676-SPG-MAA

**JUDGMENT**

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and that the matter is dismissed with prejudice.

DATED: March 20, 2026

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE